Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD EWELL,<br><br>Defendant. | Case No. CIV-F-04-6536 LJO<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER DISMISSING DEFENDANT BERNARD EWELL** |

Having read the Request for Voluntary Dismissal of Defendant Bernard Ewell filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

This action is hereby dismissed without prejudice as against Defendant Bernard Ewell.

Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

The clerk shall close this action.

IT IS SO ORDERED.

**Dated:   November 22, 2005          /s/ Lawrence J. O'Neill**

66h44d                                      UNITED STATES MAGISTRATE JUDGE